No. 77. Evarts v. Western Metal Finishing Co., *ante*, p. 815; and

No. 296. Burns, doing business as International Advertising Agency, v. Jaffe et al., *ante*, p. 838. Motions for leave to file petitions for rehearing denied. Mr. Justice Stewart took no part in the consideration or decision of these motions.

## January 19, 1959.

No. 451. Rosenberg v. United States. Certiorari, 358 U. S. 904, to the United States Court of Appeals for the Third Circuit. The motion to withdraw the appearance of *Bernard Tompkins, Esquire,* as counsel for petitioner is granted.

No. 457. Ingram et al. v. United States. Certiorari, 358 U. S. 905, to the United States Court of Appeals for the Fifth Circuit. The motion to dispense with printing the record is granted. *Wesley R. Asinof* for movants-petitioners.

No. 581. Burns v. Ohio. Certiorari, 358 U. S. 919, to the Supreme Court of Ohio. The motion for the appointment of counsel is granted and it is ordered that *Helen G. Washington,* of Washington, D. C., a member of the Bar of this Court, be, and she is hereby, appointed to serve as counsel for petitioner in this case. Mr. Justice Stewart took no part in the consideration or decision of this application.

No. 345, Misc. In re Field. Motion for leave to file petition for writ of habeas corpus denied.